```
                          United States Bankruptcy Court
                            Northern District of Ohio
```

```
In re:                                                   Case No. 13-17042-jps
Lawrence James Wohleber                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0647-1        User: klamu            Page 1 of 1         Date Rcvd: Dec 05, 2013
                            Form ID: 187           Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2013.
db          +Lawrence James Wohleber,   39481 State Route 18,   Wellington, OH 44090-9626
cr           Jennifer Skurko,  c/o Kenneth P. Frankel,  PO Box 210,  Avon Lake, OH  44012-0210
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2013 at the address(es) listed below:
          Craig H Shopneck    ch13shopneck@ch13cleve.com,  cshopneck13@ecf.epiqsystems.com
          Kenneth P Frankel   on behalf of Creditor Jennifer  Skurko kpfsaz@excite.com
          William J Balena    on behalf of Debtor Lawrence James Wohleber docket@ohbksource.com
                                                                       TOTAL: 3
```

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114–1235

**Case No. 13–17042–jps**

**In re:**
  Lawrence James Wohleber
  **Aka** –Larry Wohleber
  39481 State Route 18
  Wellington, OH 44090

**Social Security No.:**
  xxx–xx–9058

**NOTICE OF HEARING**

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
December 19, 2013 at 9:30 a.m.
in courtroom #2B
before Judge Jessica E. Price Smith

To consider and act upon the following matters:

   Motion of Trustee to Disgorge Fees and the objection to motion filed by Debtor's attorney, William Balena.

**Dated:** December 5, 2013                                     For the Court
Form ohnb187                                              Kenneth J. Hirz, Clerk